IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-CR-0415-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY CHACON,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

1. On or about May 4, 2019, in the State and District of Colorado, the defendant GEOFFREY CHACON did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make false entries in a record, document, and tangible object, specifically text messages between himself and DRUG DEALER, whose identity is known to the United States Attorney, with the intent to impede, obstruct and influence the investigation and proper administration of matters within the jurisdiction of departments and agencies of the United States, specifically, an ongoing criminal investigation of the United States Drug Enforcement Administration, the Federal Bureau

of Investigation, and the United States Department of Justice, and an ongoing federal grand jury investigation conducted under the authority of a United States District Court, and in relation to and in contemplation of such matters.

All in violation of Title 18 United States Code, Section 1519.

JASON R. DUNN
United States Attorney


By: *s/Bryan David Fields*
Bryan David Fields
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Bryan.Fields3@usdoj.gov
Attorney for Government


JOHN D. KELLER
Acting Chief


By: s/*John P. Taddei*
John P. Taddei
Trial Attorney
U.S. Department of Justice
Public Integrity Section
1331 F. St. NW, Ste. 300
Washington, DC 20005
Telephone: 202-514-1412
Fax: 202-514-3003
Email: John.Taddei@usdoj.gov

2