| | |
|---|---|
| DEFENDANT: | GEOFFREY CHACON |
| AGE/YOB: | 1987 |
| COMPLAINT FILED? | \_\_\_\_\_ Yes   \_X\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_X\_ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | 18 U.S.C. § 1519 (Falsification of Documents) |
| LOCATION OF OFFENSE: | Weld County, Colorado |
| PENALTY: | NMT 20 years' imprisonment; fine of $250,000 or 2x gain/loss, whichever is greater (or both a fine and imprisonment); NMT 3 years' supervised release; SA fee of $100 |
| AGENT: | Jorge Richardson<br>Special Agent, DCIS |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

\_X\_ five days or less; \_\_\_ over five days

THE GOVERNMENT

\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant

1