AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

__U.S_____
Plaintiff

v.

__Geoffrey Chacon_____
Defendant

Case No. __19 cr 415 -PAB__

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Geoffrey Chacon_____.

Date: __10/1/19__

__/s/ RK__
Attorney's signature

__Richard Kornfeld  24198__
Printed name and bar number

__1600 Stout St Ste 1400__
__Denver CO 80202__
Address

__Rick@rklawpc.com__
E-mail address

__303-573-1900__
Telephone number

__303-446-9400__
FAX number