AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

U.S. _____ )
       *Plaintiff* )
       v. )   Case No. 19 cr 415-PAB
Geoffrey Chacon _____ )
       *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GEOFFREY CHACON

Date: 10·1·19

*Attorney's signature*

DAVID M. BELLER, 35707
*Printed name and bar number*

1600 STOUT ST, STE 1400
DENVER 80202
*Address*

DAVID@RKLAWPC.COM
*E-mail address*

303·573·1900
*Telephone number*

303·446·9400
*FAX number*