# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00415-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY CHACON,

    Defendant.

## NOTICE OF DISPOSITION

    The Defendant, Geoffrey Chacon, by and through counsel, Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C., hereby notifies the Court that the government and Mr. Chacon have reached a disposition.

    Respectfully submitted,

    **RECHT KORNFELD, P.C.**

    *s/ Richard K. Kornfeld*
    RICHARD K. KORNFELD
    Attorney for Defendant Geoffrey Chacon
    1600 Stout Street, Suite 1400
    Denver, CO 80202
    (303) 573-1900
    (303) 446-9400 (fax)
    rick@rklawpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of October, 2019, I electronically filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Holweger*
Erin Holweger