IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00415-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GEOFFREY CHACON,

      Defendant.
_____

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING
_____

**Entered by Chief Judge Philip A. Brimmer**

      A Notice of Disposition was filed on October 8, 2019 [Docket No. 11]. A Change of Plea hearing is set for **November 21, 2019 at 1:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1(c). On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1(e).

      The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1(c) (in the form prescribed) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

      DATED October 9, 2019.