IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 1:19-cr-00415-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GEOFFREY CHACON,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:     The clerk of court and all parties of record

        I hereby certify that I am authorized to practice in this court, and I appear in this case as counsel for the United States of America.

    DATED at Washington, DC this 14th day of November 2019.

                              COREY R. AMUNDSON
                              Chief
                              Public Integrity Section

By:    *s/ John Patrick Taddei*
        JOHN PATRICK TADDEI
        Trial Attorney
        Public Integrity Section, Criminal Division
        U.S. Department of Justice
        1331 F Street, NW, 3rd Floor
        Washington, DC 20530
        Telephone: 202-514-1412
        Fax: 202-514-3003
        Email: john.taddei@usdoj.gov

        Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 14th day of November 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

                                  *s/ John Patrick Taddei*
                                  JOHN PATRICK TADDEI
                                  Trial Attorney
                                  Public Integrity Section, Criminal Division
                                  U.S. Department of Justice
                                  1331 F Street, NW, 3rd Floor
                                  Washington, DC 20530
                                  Telephone: 202-514-1412
                                  Fax: 202-514-3003
                                  Email: john.taddei@usdoj.gov