IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.:  19-cr-00415-PAB | Date:   November 21, 2019 |
| Courtroom Deputy:   Sabrina Grimm | Court Reporter:   Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| | Joseph Taddei |
| Plaintiff, | |
| v. | |
| 1. GEOFFREY CHACON, | Richard Kornfeld |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**1:03 p.m.**      **Court in session.**

Appearances of counsel.  Defendant present on bond.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 Information.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's plea of guilty is accepted.**

**ORDERED:   Court Exhibits 1 and 2 are admitted.**

**ORDERED:** The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for May 15, 2020 at 9:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:** Defendant's bond is continued.

**1:28 p.m.**     Court in recess.

Hearing concluded.
Total in-court time:    00:25