# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00415-PAB

UNITED STATES OF AMERICA

       Plaintiff,

v.

GEOFFREY CHACON,

       Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Defendant Geoffrey Chacon, by and through his counsel Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C., respectfully requests that this Court enter an Order continuing the sentencing date. As grounds for this motion, Mr. Chacon states as follows:

1. Mr. Chacon entered a guilty plea pursuant to the Plea Agreement on November 21, 2019. For reasons set forth on the record at that hearing, the parties jointly requested that the sentencing be scheduled several months out. Sentencing was set for May 15, 2020 at 9:00 a.m.

2. On March 26, 2020, the Government filed a motion to continue the sentencing for an additional three months, with the agreement of the defense. The Government's motion was granted, and the sentencing was reset for August 21, 2020 at 9:00 a.m.

3. Mr. Chacon now respectfully requests that the Court reset sentencing for a date after December 5, 2020. Mr. Chacon's sentencing is predicated, in part, on case 20-cr-00174-WJM-1. That matter is scheduled for sentencing on December 4, 2020. The parties are in agreement to set Mr. Chacon's sentencing for mid to late December, or January.

4.      Mr. Chacon respectfully requests that the sentencing be continued for a date after December 5, 2020. Doing so is in the interests of justice because, only by continuing the sentencing hearing will the Court have full access to information relevant to the Court's determination of a sentence that is sufficient but not greater than necessary to accomplish the goals of criminal justice.

5.      This Court has authority under the Federal Rules of Criminal Procedure to delay the sentencing. Rule 32 provides, "the court must impose a sentence without unnecessary delay" and that it "may, for good cause, change any time limits prescribed in this rule." Fed. R. Crim. P. 32(b)(1) and (2). The advisory note to the 1989 amendment explains that delay will often be necessary when "an applicable sentencing factor cannot be resolved at the time set for sentencing." Fed. R. Crim. P. 32 advisory committee's note to 1989 amendment. This note demonstrates that the reasons proffered by the parties at the plea hearing on November 21, 2019 necessitate delay so that the Court can obtain information relevant to its sentencing determination.  *Id.*  Furthermore, other rules — Rule 32(b)(2) and Rule 45 — buttress the Court's authority by providing that it may extend time limits for "good cause." "Good cause" includes the reasons advanced by the parties at the plea hearing.  *Cf. United States v. Scheffer*, 463 F.2d 567, 572 (5th Cir. 1972) (rejecting argument that district court erred in denying motion that co-defendant be immediately sentenced); *Welsh v. United States*, 348 F.2d 885, 887 (6th Cir. 1965) (finding no unreasonable delay in circumstances similar to those present here).  Exercise of this authority is given broad deference on appeal and is subject to review only for abuse of discretion. *United States v. Nelson*, 54 F.3d 1540, 1546 (10th Cir. 1995).

6.      Undersigned counsel conferred with the Government, who has no objection to a continuance of the sentencing date.

7. Undersigned counsel and Assistant United States Attorney Bryan Fields have already compared calendars, and the parties are all available during the requested time frame of mid to late December, or January, with the exceptions of: December 9, 10, the week of December 21, and January 25-27.

WHEREFORE, Mr. Chacon, with the agreement of the Government, respectfully requests that the Court continue the sentencing in this matter to a date after December 5, 2020.

Respectfully submitted this 10th day of July, 2020.

*s/ David M. Beller*
Attorney for Defendant Geoffrey Chacon
1600 Stout Street, Suite 1400
Denver, CO  80202
(303) 573-1900 (telephone)
(303) 446-9400 (fax)
david@rklawpc.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Holweger*
Erin Holweger

4