IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00415-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GEOFFREY CHACON,

      Defendant.

## MOTION TO CONTINUE SENTENCING

      The United States of America respectfully moves the Court to continue the sentencing in this matter for three additional months.

      As grounds for this motion, the Government states as follows:

      1.      The defendant pleaded guilty pursuant to a plea agreement on November 21, 2019.  For reasons set forth on the record at that hearing, the parties jointly requested that the sentencing be scheduled several months out.  Sentencing was originally set for May 15, 2020 at 9:00 a.m.  However, the parties have since asked for, and been granted, two additional continuances.  ECF Nos. 19 - 24.  Sentencing is now set for January 8, 2021 at 9:00 a.m.

      2.      The Court has authority under the Federal Rules of Criminal Procedure to delay the sentencing.  Exercise of this authority is given broad deference on appeal and is subject to review only for abuse of discretion.  *United States v. Nelson*, 54 F.3d 1540, 1546 (10th Cir. 1995).  Rule 32 provides that "the court must impose a sentence without unnecessary delay" and that it "may, for good cause, change any time limits prescribed in this rule."  Fed. R. Crim. P. 32(b)(1) and (2).  The advisory note to the 1989 amendment explains that delay will often be

necessary when "an applicable sentencing factor cannot be resolved at the time set for sentencing." Fed. R. Crim. P. 32 advisory committee's note to 1989 amendment. This note further demonstrates that the reasons proffered by the parties at the plea hearing on November 21, 2019 necessitate delay so that the Court can obtain information relevant to its sentencing determination. *Id.* Furthermore, other rules — Rule 32(b)(2) and Rule 45 — buttress the Court's authority by providing that it may extend time limits for "good cause." "Good cause" includes the reasons advanced by the parties at the plea hearing. *Cf. United States v. Scheffer*, 463 F.2d 567, 572 (5th Cir. 1972) (rejecting argument that district court erred in denying motion that co-defendant be immediately sentenced); *Welsh v. United States*, 348 F.2d 885, 887 (6th Cir. 1965) (finding no unreasonable delay in circumstances similar to those present here).

3. For the reasons previously set forth in the parties respective motions, the government respectfully requests that sentencing in this matter be continued until March or April 2021: a continuance is in the interests of justice because only by continuing the sentencing hearing will the Court have full access to information relevant to the Court's determination of a sentence that is sufficient but not greater than necessary to accomplish the goals of criminal justice.

4. The government has consulted with defense counsel, who has no objection to the continuance.

WHEREFORE, the Government respectfully requests that the Court continue the sentencing in this matter to March or April 2021.

Respectfully submitted this 19th day of November, 2020.

| | |
|---|---|
| JASON R. RUNN<br>United States Attorney<br>District of Colorado | COREY R. AMUNDSON<br>Chief<br>Public Integrity Section |
| By:   s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone 303-454-0100<br>Facsimile 303-454-0402<br>Bryan.Fields3@usdoj.gov | By:   s/ *John Patrick Taddei*<br>JOHN PATRICK TADDEI<br>Trial Attorney<br>Public Integrity Section<br>1331 F Street, N.W., 3rd Floor<br>Washington DC 20530<br>john.taddei@usdoj.gov |

**CERTIFICATE OF SERVICE**

   I certify that on this 19th day of November, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

               s/ *Bryan David Fields*
               BRYAN DAVID FIELDS
               Assistant United States Attorney
               1801 California Street, Suite 1600
               Denver, CO 80202
               Telephone 303-454-0100
               Facsimile 303-454-0402
               Bryan.Fields3@usdoj.gov