# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00415-PAB

UNITED STATES OF AMERICA

        Plaintiff,

v.

GEOFFREY CHACON,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

      Defendant Geoffrey Chacon, by and through his counsel Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C., respectfully requests that this Court enter an Order continuing the sentencing date. As grounds for this motion, Mr. Chacon states as follows:

      1.     Mr. Chacon entered a guilty plea pursuant to the Plea Agreement on November 21, 2019. For reasons set forth on the record at that hearing, the parties jointly requested that the sentencing be scheduled several months out. Due to additional considerations outside the exclusive control of the parties, sentencing has been rescheduled on other occasions, with agreement of both parties. The sentencing is currently scheduled for March 12, 2021.

      2.     Mr. Chacon now respectfully requests that the Court reset sentencing for a date after July 28, 2021. Mr. Chacon's sentencing is predicated, in part, on case 20-cr-00174-WJM-1. That matter was scheduled for sentencing on February 17, 2021, however was recently adjourned *sua sponte* to July 28, 2021, due to other scheduling conflicts. The parties are in agreement to set Mr. Chacon's sentencing for a date certain after the sentencing on the above

referenced companion case.

3.     Adjourning Mr. Chacon's matter until a date certain beyond July 28, 2021 is in the interests of justice. Only by doing so, will the Court have full access to information relevant to the Court's determination of a sentence that is sufficient, but not greater than necessary to accomplish the goals of criminal justice.

4.     This Court has authority under the Federal Rules of Criminal Procedure to delay the sentencing. Rule 32 provides, "the court must impose a sentence without unnecessary delay" and that it "may, for good cause, change any time limits prescribed in this rule." Fed. R. Crim. P. 32(b)(1) and (2). The advisory note to the 1989 amendment explains that delay will often be necessary when "an applicable sentencing factor cannot be resolved at the time set for sentencing." Fed. R. Crim. P. 32 advisory committee's note to 1989 amendment. This note demonstrates that the reasons proffered by the parties at the plea hearing on November 21, 2019 necessitate delay so that the Court can obtain information relevant to its sentencing determination. *Id.* Furthermore, other rules — Rule 32(b)(2) and Rule 45 — buttress the Court's authority by providing that it may extend time limits for "good cause." "Good cause" includes the reasons advanced by the parties at the plea hearing. *Cf. United States v. Scheffer*, 463 F.2d 567, 572 (5th Cir. 1972) (rejecting argument that district court erred in denying motion that co-defendant be immediately sentenced); *Welsh v. United States*, 348 F.2d 885, 887 (6th Cir. 1965) (finding no unreasonable delay in circumstances similar to those present here).  Exercise of this authority is given broad deference on appeal and is subject to review only for abuse of discretion. *United States v. Nelson*, 54 F.3d 1540, 1546 (10th Cir. 1995).

5.     Undersigned counsel conferred with the Government, who has no objection to a continuance of the sentencing date.

WHEREFORE, Mr. Chacon, with the agreement of the Government, respectfully requests that the Court continue the sentencing in this matter to a date after July 28, 2021.

                Respectfully submitted this 29th day of January, 2021

                *s/ David M. Beller*
                Attorney for Defendant Geoffrey Chacon
                1600 Stout Street, Suite 1400
                Denver, CO  80202
                (303) 573-1900 (telephone)
                (303) 446-9400 (fax)
                david@rklawpc.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of January, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Holweger*
Erin Holweger