**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 19-cr-00415-PAB**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.  GEOFFREY CHACON,**

    **Defendant.**

---

### CORRECTIONS TO PRESENTENCE REPORT

---

Defendant Geoffrey Chacon, by and through counsel, Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C., respectfully files the following corrections to the Presentence Report ("PSR") (Doc. 31) as provided in Rule 32(f) of the Federal Rules of Criminal Procedure.

**I.    OBJECTIONS**

Mr. Chacon does not have objections to the calculations as set forth in the PSR and thanks Ms. Meador for the time and thoughtfulness she put into the PSR.

**II.    CORRECTIONS**

Page 9, paragraph 50 of the PSR notes the probation officer interviewed Mr. Chacon on January 23, 2020.  As such, some information is outdated.  To that end, paragraph 51 states Mr. Chacon's age as 32 years old.  He is now 34 years old, celebrating his birthday on February 2.

1

Paragraph 51 of the PSR states that Mr. Chacon works for his father's company. This is still true, though the senior Mr. Chacon has since started Meridian Roofing and Exteriors.  Mr. Chacon is a 1099 independent contractor for Meridian.

Paragraph 54 of the PSR details Mr. Chacon's family makeup.  His correct wedding date is June 18, 2016.  Since the preparation of the report, his daughter Remi is now two years old.  Mr. Chacon and his wife also welcomed daughter number two, Kapri, on May 15, 2021.

Paragraph 55 of the PSR states the purchase price of his home as approximately $274,000.  Mr. and Mrs. Chacon purchased the house for $285,000.

Paragraph 70 misidentifies his high school.  Mr. Chacon attended Valley High School from the 9th to 11th grades.

Paragraph 82 is correctly stated; however, Rodarte Center in Greeley is its own entity and is not otherwise affiliated with the Boys & Girls Clubs of America.

Paragraph 83 details Mr. Chacon's financial conditions.  The numbers used in 2020 are generally still accurate.  However, Mr. Chacon acquired a Ford F-150 pickup, as he needed a truck for his job at Meridian.

Dated this 3rd day of June 2021.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*S/ David M. Beller*
DAVID M. BELLER
Attorney for Defendant Geoffrey Chacon
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
david@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2021 I electronically filed the foregoing **Corrections to Presentence Report** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.


*S/ Erin Holweger*
Erin Holweger

3