IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00415-PAB

UNITED STATES OF AMERICA

        Plaintiff,

v.

GEOFFREY CHACON,

        Defendant.

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER LEVEL 2 RESTRICTION

      Geoffrey Chacon, by and through counsel, Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C., respectfully requests leave of this Court to assign Level 2 restriction to Defendant's Motion for Variant Sentence (ECF Doc. No. 35), so that access to the document shall be limited to counsel for Mr. Chacon, the Government, and the Court. Pursuant to District of Colorado Local Rule 47.1(c),(f)(1), a Level 2 restriction of the document is necessary for the following reasons:

      1.     On August 11, 2021 counsel filed Defendant's Motion for Variant Sentence (ECF No. 35). Counsel respectfully requests leave of this Court to assign Level 2 restriction to the Defendant's Motion for Variant Sentence (ECF No. 35), so that access to the document shall be limited to counsel for Mr. Chacon, the government, and the Court.

      2.     The Defendant's Motion for Variant Sentence contains delicate and sensitive information, as well as information that, while relevant to the Court's determination on the Motion, is of such a personal and sensitive nature that Mr. Chacon could be damaged should it be publicly disseminated. This information should be safeguarded against potential dissemination to

defendants in similarly situated cases, was well as the general public. Further, the motion addresses details and aspects of the presentence report, which is also presumptively restricted, as stated in D.C.COLO.LCrR 47.1(f)(1)(A).

3. The interest to be protected by assigning Level 2 restriction to the Defendant's Motion for Variant Sentence is that of ensuring the privacy and confidentiality of sensitive information contained in the Motion, without the general public being privy to that information as well. Members of the general public are not inherently afforded the right to have knowledge of the nature of sensitive personal information regarding a defendant in a criminal case. *Id.*

4. There is no practicable alternative other than assigning Level 2 restriction to the Defendant's Motion for Variant Sentence which will accomplish the interest outlined above.

5. Further, a Level 2 restriction is the minimum level of protection that will adequately address the serious interest of protecting the sensitive personal information in the Defendant's Motion for Variant Sentence from dissemination to defendants in similar cases as well as to the public, while at the same time allowing this Court and the government the ability review the Defendant's Motion for Variant Sentence. These interests outweigh the public's interest in access to this Court document.

WHEREFORE, Defendant Geoffrey Chacon respectfully requests leave of this Court to restrict access to the Defendant's Motion for Variant Sentence (ECF No. 35) by assigning the document "Level 2" restriction.

        Dated this 11th day of August, 2021.

**RECHT KORNFELD, P.C.**

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
David M. Beller
Attorneys for Defendant Geoffrey Chacon
1600 Stout Street, Suite 1400
Denver, Colorado 80202
Tel: (303) 573-1900
Fax: (303) 446-9400
david@rklawpc.com
rick@rklawpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of August, 2021, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE DOCUMENT UNDER LEVEL 2 RESTRICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Holweger*
paralegal