IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00415-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY CHACON,

    Defendant.

_____

### ORDER
_____

This matter is before the Court on defendant's Motion for Leave to File Document Under Level 2 Restriction [Docket No. 36].  No objections have been filed under D.C.COLO.LCrR 47.1.  Good cause appearing, it is

**ORDERED** that the Motion for Leave to File Document Under Level 2 Restriction [Docket No. 36] is granted in part.  It is further

**ORDERED** that Docket No. 35 shall be restricted under level one restriction until further order of this Court.

DATED August 18, 2021.

                                                      BY THE COURT:

                                                     PHILIP A. BRIMMER
                                                     Chief United States District Judge