IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-174-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY CHACON

    Defendant.

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. §  3E1.1(b)**

The United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney, and by Corey R. Amundson, Chief of the Justice Department's Public Integrity Section, through John P. Taddei, Trial Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to the United States Sentencing Guidelines Section 3E.1.(b).   The defendant's agreement to plead guilty and timely notice thereof permitted the government to

avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Respectfully submitted this 27th day of August, 2021.

| | |
|---|---|
| MATTHEW T. KIRSCH<br>Acting United States Attorney | COREY R. AMUNDSON<br>Chief |
| By:    *s/Bryan David Fields*<br>Bryan David Fields<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 California St., Ste. 1600<br>Denver, CO 80202<br>Telephone: 303-454-0200<br>Fax:   303-454-0406<br>E-mail: Bryan.Fields3@usdoj.gov<br>Attorney for Government | By:    *s/John P. Taddei*<br>John P. Taddei<br>Trial Attorney<br>U.S. Department of Justice<br>Public Integrity Section<br>1301 New York Ave. NW, Ste. 1000<br>Washington, DC 20530<br>Telephone:   202-514-1412<br>Fax: 202-514-3003<br>Email:   John.Taddei@usdoj.gov<br>Attorney for Government |

CERTIFICATE OF SERVICE (CM/ECF)

      **I HEREBY CERTIFY** that I have, this 27th day of July, electronically filed the foregoing Motion with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

      by:   */s/ Bryan David Fields*
      BRYAN DAVID FIELDS
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      (303) 454-0100 (phone)
      (303) 454-0403 (fax)
      bryan.fields3@usdoj.gov (email)