IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00415-PAB | Date:  August 27, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter:  Janet Coppock |
| Probation Officer:   Nicole Peterson | |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| | John Taddei |
| Plaintiff, | |
| v. | |
| 1.  GEOFFREY CHACON, | Richard Kornfeld |
| | David Beller |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**9:03 a.m.     Court in session.**

Appearances of counsel.  Defendant present on bond.

Also present and seated at Government's counsel FBI Special Agents Stephanie Benitez and Amy Howard.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

**ORDERED:  Government's Motion for Sentencing Reduction for Defendant Pursuant to U.S.S.G. § 5K1.1 [37] is GRANTED.**

**ORDERED:  Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [40] is GRANTED.**

Statement by Laurel Chacon and Amy Chacon.

Statement by Mr. Chacon.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Motion [35] is DENIED.**

**ORDERED:   Defendant shall be imprisoned for 3 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of 1 year.**

**ORDERED:   Conditions of Supervised Release, as stated on record.**

**ORDERED:   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.**

Defendant advised of right to appeal.

**ORDERED:   Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.**

Court recommends that the Bureau of Prisons place the defendant at a facility within the State of Colorado that is appropriate to his security classification.

**ORDERED:   Defendant's bond is continued.**

**10:23 a.m.   Court in recess.**

Hearing concluded.
Total time in court:    1:20