IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00415-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. GEOFFREY CHACON

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, GEOFFREY CHACON, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Florence Satellite Prison Camp, 5880 Highway 67 South, Florence, Colorado 81226, on September 21, 2021, by 12:00 p.m., and will travel at his own expense.

        DATED at Denver, Colorado, this __7th__ day of September, 2021.

        BY THE COURT:

        _____
        PHILIP A. BRIMMER
        Chief United States District Judge