IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00415-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY CHACON,

    Defendant.

## MOTION FOR RELEASE OF PASSPORT

Geoffrey Chacon, by and through counsel, David M. Beller of Recht Kornfeld, P.C., respectfully requests an Order from this Court directing the Clerk of Court to release Mr. Chacon's passport back to him, and in support states the following:

1. On October 1, 2019, Mr. Chacon surrendered his passport to the U.S. District Court Clerk for the District of Colorado. Counsel understands that the clerk's office is currently holding Mr. Chacon's passport.

2. This case is completed, and Mr. Chacon completed his term of supervised release on December 16, 2022.

3. Mr. Chacon will collect the passport from the clerk's office upon the granting of this motion. Alternatively, Mr. Chacon has authorized a representative from undersigned counsel's office to receive the passport on his behalf.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order directing the Clerk of Court to release Mr. Chacon's passport back to him, or in the alternative to a representative of the office of Recht Kornfeld, P.C.

Dated this 19th day of December, 2022.

**RECHT KORNFELD, P.C.**


*s/ David M. Beller*
David M. Beller
Attorney for Defendant Geoffrey Chacon
1600 Stout Street, Suite 1400
Denver, Colorado 80202
Tel: (303) 573-1900
Fax: (303) 446-9400
david@rklawpc.com


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of December, 2022, I electronically filed the foregoing **MOTION FOR RELEASE OF PASSPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.


*s/ Erin Holweger*