IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00415-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

   1.  GEOFFREY CHACON,

    Defendant.

_____

### ORDER
_____

This matter comes before the Court on the defendant's Motion for Release of Passport [Docket No. 45]. On October 1, 2019, the defendant made an initial appearance before the Court. Docket No. 3. The Court ordered defendant to surrender his passport to the custody of the Court as a condition of his bond. *Id*.; Docket No. 9 at 2. On August 27, 2021, the Court sentenced the defendant to three months imprisonment and one year term of supervised release. Docket Nos. 41, 42. Defendant's supervised release was terminated on December 16, 2022. Wherefore, good cause appearing, it is

**ORDERED** that defendant's Motion for Release of Passport [Docket No. 45] is granted. It is further

**ORDERED** that the Clerk of the Court shall return Geoffrey Chacon's passport to him by mailing it to his attorney:

David M. Beller
Recht & Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202

DATED December 20, 2022.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge